UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ESAIN VINEY BENITEZ ALCANTARA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 5:25-cr-00039-GFVT-MAS <br><br> **ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. [R. 26.] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. *Id*. at 3. Neither party objected and the time to do so has now passed. Upon review, the Court is satisfied that Defendant Esain Viney Benitez Alcantara knowingly and competently pled guilty to Counts 1 and 2 of the Indictment and that an adequate factual basis supports the plea as to this count. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea **[R. 26]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Esain Viney Benitez Alcantara is **ADJUDGED** guilty of Counts 1 and 2 of the Indictment; and

3. The Defendant's Jury Trial is **CANCELLED**.

This the 24th day of July 2025.

Gregory F. Van Tatenhove
United States District Judge